*E-FILED: December 11, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANTIAGO J. MARTINEZ, | No. C12-04873 HRL |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| WORLD SAVINGS BANK, ET AL., | |
| Defendants. | |

Plaintiff having voluntarily dismissed this action with prejudice against defendants, it is hereby ordered that the claims of plaintiff Santiago J. Martinez are dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. The Clerk of Court is direct to close the file.

**IT IS SO ORDERED.**

Dated: December 11, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C12-04873 HRL Order will be electronically mailed to:**

Daniel A Armstrong: darmstrong@afrct.com, AFRCTECF@afrct.com, cgoodwin@afrct.com, emartinez@afrct.com, mbetti@afrct.com, npeters@afrct.com

Michael Rapkine: mrapkine@afrct.com, AFRCTECF@afrct.com, bcruz@afrct.com, caguilar@afrct.com, hsaller@afrct.com

Robert Arthur Bailey: rbailey@afrct.com, AFRCTECF@afrct.com, hsaller@afrct.com, mmantoen@afrct.com, sbarela@afrct.com

Wendell Jamon Jones: wendell@wendelljoneslaw.com, lauren@wendelljoneslaw.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**